COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Frank, Huff and Senior Judge Haley

ROCKINGHAM MEMORIAL HOSPITAL AND
  SAFETY NATIONAL CASUALTY CORPORATION

                                                        MEMORANDUM OPINION[*]
v.       Record No. 0811-14-3                                  PER CURIAM
                                                           SEPTEMBER 9, 2014
MARY BETH BAILEY


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Christopher Kite; Roberta A. Paluck; Lucas & Kite, PLC, on brief),
            for appellants.

            (Amber H. Russo; HammondTownsend, PLC, on brief), for
            appellee.


        Rockingham Memorial Hospital and Safety National Casualty Corporation (employer)

appeal a decision of the Workers' Compensation Commission finding that Mary Beth Bailey's

(claimant's) current condition and surgery were reasonable, necessary, and causally related to a

prior work accident. On appeal, employer argues credible evidence does not exist to support the

findings that (1) Dr. Michael M. Zilles is claimant's authorized treating physician, and

(2) claimant's May 24, 2013 surgery was reasonable, necessary, and causally related to her

January 6, 2009 accident and employer is responsible for the cost of that surgery. We have

reviewed the record and the commission's opinion and find that this appeal is without merit.

Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Bailey

v. Rockingham, VWC File No. VA01002423121 (Apr. 8, 2014). We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

_____
        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code

§ 17.1-403; Rule 5A:27.

<u>Affirmed.</u>